[No. 18017-4-III.    Division Three.    December 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ZARATE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01270-1, James P. Hutton, J., entered October 29, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 18040-9-III.    Division Three.    December 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN M. MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-01211-7, Neal Q. Rielly, J., entered November 20, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 18210-0-III.    Division Three.    December 23, 1999.]

*In the Matter of the Marriage of* ROGER C. MOORE, *Appellant*, and JUDY E. MOORE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-3-00845-0, Neal Q. Rielly, J., entered January 14, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J. Now published at 99 Wn. App. 144.

[No. 37398-6-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL THOMAS NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01125-6, Larry E. McKeeman, J., entered August 25, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.